**In re FRANCIS D.**

**No. 80–588–M.P.**

Supreme Court of Rhode Island.

Jan. 15, 1981.

John Edward Farley, Chief Legal Counsel, Department for Children and Their Families, Providence, for petitioner.

Barbara Hurst, David L. Martin, Asst. Public Defenders, for respondent.

ORDER

The petition for writ of prohibition, certiorari, or procedendo ad judicium, and petitioner's motion for stay are denied. The stay previously entered in this case is hereby vacated.